## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

SHAWN BARNETT,                         §
    Plaintiff,                         §
                         §
vs.                                    §          CIVIL ACTION W-14-CA-007
                         §
DELTA OUTSOURCE GROUP, INC.,           §
    Defendant.                         §

## O R D E R

Before the Court is the Plaintiff's Notice of Voluntary Dismissal.  The Court, having considered this pleading, finds that this case should be dismissed with prejudice. Accordingly, it is

**ORDERED** that this case is **DISMISSED** with prejudice, costs to be borne by the Party incurring case.

**SIGNED** on this 5th day of June, 2014.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE